JOSEPH L. STEINFELD, JR.
jsteinfeld@askllp.com
BRIGETTE MCGRATH
bmcgrath@askllp.com
GARY D. UNDERDAHL
gunderdahl@askllp.com
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Tel: (651) 406-9665 / Fax: (651) 406-9676

*Counsel to Liquidating Trustee*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF<br>CALIFORNIA, INC, *et al.*<br>Debtors and Debtors In Possession. | Lead Case No.: 2:18-bk-20151 ER<br><br>Chapter 11  (Jointly Administered)<br><br>Adversary No. 2:20-ap-01278 ER |
| Howard Grobstein, Liquidating Trustee for the<br>VHS Liquidating Trust.,<br><br>           Plaintiff,<br><br>     v.<br><br>Equinix, Inc.,<br><br>           Defendant. | **STIPULATION TO DISMISS<br>ADVERSARY PROCEEDING**<br><br>**[RELATED DOCKET NO. 5664]** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated into the Federal Rules of Bankruptcy Procedure by Rule 7041, Howard Grobstein, Liquidating Trustee for VHS Liquidating Trust, the Plaintiff, and Equinix, Inc., the Defendant, hereby stipulate to the dismissal, with prejudice, of the above-captioned adversary complaint.

1

37992031.1

1   So stipulated on February _11_, 2021

2

3

4   ASK LLP                                    SAUL EWING ARNSTEIN & LEHR LLP
    2600 Eagan Woods Drive, Suite 400          161 N. Clark Street, Suite 4200
5   St. Paul, MN 55121                         Chicago, IL 60601
    Tel: (651) 406-9665                        Tel: (312) 876-7100
6   Fax: (651) 406-9676                        Fax: (312) 876-0288
    Joseph L. Steinfeld, Jr.                   Barry A. Chatz
7   Brigette McGrath                           Lucian B. Murley
8   Gary D. Underdahl

9

10  By: /s/ Brigette McGrath                   By: /s/
                                                    Barry A. Chatz SB# 140638
11

12  *Counsel for the Liquidating Trustee*      *Counsel for Equinix, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

37992031.1